Oct 25, 2001

To: United States Bankruptcy Court
Attn: Ms. Marsha

From: Larry Kelson
RE: Case No: 98-00381
Golden Phoenix Trading. INC

FILED
Western District of Washington
at Seattle
OCT 25 2001
U.S. Bankruptcy Court

My old Address was   P.O. Box 73811
                     Puyallup WA 98373

My new address is    P.O. Box 5683
                     Bellevue WA. 98006

Please update
Thank you

Larry P. Kelson

Tel. No. 4255649814
Fax No 4255640777

Case: 98-00381  DocType: CHGADR